**Ricky Lafayette MURRAY,
Plaintiff-Appellant,**

v.

**Jeffrey D. YOUNGS, Official Capacity;
J. Benjamin Aplin; Symmes W. Culbertson; Fletcher N. Smith, Jr.; Dawn
V. Koffs Key; Susan M. Johnston, all
defendants in their individual capacity, Defendants-Appellees.**

No. 07–6157.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Ricky Lafayette Murray, Appellant Pro Se. Tommy Evans, Jr., South Carolina Department of Probation, Parole & Pardon Service, Columbia, South Carolina, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lafayette Murray appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Murray v. Youngs*, No. 9:06–cv–03137–DCN, 2007 WL 37444 (D.S.C. Jan. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*